# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

AHMED JAMAL KHAN,

                Plaintiff,

v.

UNITED GROUND EXPRESS, INC.,

                Defendant.

Case No. 18-CV-1952-JPS

**ORDER**

      On May 17, 2019, the parties in the above-captioned litigation filed an expedited motion to stay the proceedings so that the parties could engage in arbitration. "[A] district court has broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997). Courts in this district consider the following factors to determine whether to stay a proceeding:

> (1) Whether the litigation is at an early stage; (2) whether a stay will unduly prejudice or tactically disadvantage the non-moving party; (3) whether a stay will simplify the issues in question and streamline the trial; and (4) whether a stay will reduce the burden of litigation on the parties and on the court.

*Feed.Ing BV v. Principle Solutions, LLC*, 14-C-1241, 2014 WL 13158324, at *1 (E.D. Wis. Apr. 21, 2015) (quoting *Grice Eng'g, Inc. v. JG Innovations, Inc.*, 691 F. Supp. 915, 920 (W.D. Wis. 2010)).

      All of the factors weigh in favor of issuing a brief stay. The parties are in the early stages of discovery; the joint motion obviates the concern that one party will be disadvantaged; the parties explain that the arbitration

proceedings will likely narrow, if not resolve, at least some issues for litigation, which in turn reduces the burden of litigation on the parties and the Court. In order to allow the parties to engage in meaningful arbitration, the Court will issue a 120 day stay of the litigation. An amended trial scheduling order follows.

Accordingly,

**IT IS ORDERED** that the parties' joint motion to stay proceedings (Docket #10) be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that the proceedings are stayed for a period of 120 days; and

**IT IS FURTHER ORDERED** that the trial scheduling order (Docket #9) be and the same is hereby **VACATED**.

Dated at Milwaukee, Wisconsin, this 28th day of May, 2019.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge